UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JESUS RODAS,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br><br>TIMOTHY FILSON, *et. al,*<br><br>　　　　　　　　　　Respondents. | Case No. 3:16-cv-00546-MMD-VPC<br><br>ORDER |

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Jesus Rodas, a Nevada prisoner. By a previous order, petitioner was informed that Ground One of his petition failed to satisfy the pleading standards applicable to federal habeas proceedings. (ECF No. 7.) Petitioner was provided an opportunity to amend his petition to correct that deficiency and to add any additional habeas claims of which he is aware. (*Id.*)

Petitioner has failed to avail himself of that opportunity. Thus, Ground One of his petition will be dismissed. The petition will now be served upon the respondents, who must respond in the time and manner described below.

It is therefore ordered that Ground One of the petition for writ of habeas corpus (ECF No. 8) is dismissed for failure to state a cognizable habeas claim.

It is further ordered that the Clerk of the Court electronically serve the petition (ECF No. 8) and a copy of this order on the respondents.

It is further ordered that the Clerk add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents.

It is further ordered that respondents will have sixty (60) days from the date of entry of this order to appear in this action, and to answer or otherwise respond to the petition.

It is further ordered that if respondents file an answer, petitioner will have sixty (60) days from the date on which the answer is served on him to file and serve a reply. If respondents file a motion to dismiss, petitioner will have sixty (60) days from the date on which the motion is served on him to file and serve a response to the motion to dismiss, and respondents will, thereafter, have thirty (30) days to file a reply in support of the motion.

It is further ordered that any additional state court record exhibits filed herein by either petitioner or respondents must be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed further must be identified by the number or numbers of the exhibits in the attachment. The hard copy of any additional state court record exhibits must be forwarded — for this case — to the staff attorneys in Reno.

DATED THIS 10th day of January 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE